IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CERES CONSULTING, L.L.C.                                                    PLAINTIFF

v.                                                      Civil Action No. 1:18-cv-037-GHD-DAS

BURKHALTER RIGGING, INC.                                                    DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Motion to Dismiss the above styled and numbered action. The Court, being informed that the parties have reached a settlement, as confirmed by a Settlement Agreement fully executed by authorized representatives of both parties, and being further informed that the parties have requested the Court to retain jurisdiction of this matter following entry of this Order for purposes of enforcing the settlement, as necessary, hereby finds that the motion is well taken and should be granted.

THEREFORE, IT IS HEREBY ORDERED, that the Plaintiff's Complaint against Burkhalter Rigging, Inc. be and is hereby dismissed with prejudice, each party to bear its own attorney's fees, expenses and costs.

IT IS FURTHER ORDERED, that the Court hereby retains jurisdiction over this action following entry of this Order for the purpose of enforcing the settlement agreed to by both parties, as necessary.

SO ORDERED, this the 2nd day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE